IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE MOORE, | : |
| Plaintiff, | : Case No. 1:18-cv-04563 |
| v. | : |
| HIGHER HOMECARE LLC d/b/a RIGHTCARE FOUNDATION, | : |
| Defendant. | : |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff George Moore hereby voluntarily dismisses the above-captioned action without prejudice against defendant Higher Homecare LLC d/b/a/ RightCare Foundation. This notice is being filed before service by Defendant of either an answer or a motion for summary judgment.

DATED: August 8, 2018

By: /s/ George Moore
     Pro Se

George Moore
906 Chatham Drive
Carol Stream, IL 60188
Email: gmoore3@att.net
Telephone: (630) 699-3205

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice Of Voluntary Dismissal Pursuant To F.R.C.P. 41(a)(1)(A)(i)** was served upon the Defendant in a sealed envelope placed in the United States mail, postage prepaid, and addressed to the following party on this 8th day of August, 2018:

    Higher Homecare LLC
    c/o Registered Agent
    Simon Markus
    8128 Lawndale Ave
    Skokie, IL 60076

                                                    /s/ George Moore